UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Weintraub

V.                               Case Number: 3:03cv204 MRK

Reassure America, et al

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>February 6, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within sixty (60) days thereafter.

Accordingly, an order of dismissal will be entered on, April 6 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, March 15, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk