FILED

MAR 19  11 03 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN WEINTRAUB<br>Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 303CV204 (JCH) (MRK) |
| REASSUREAMERICA LIFE<br>INSURANCE COMPANY<br>Defendant. | :<br>:<br>: JANUARY 7, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice and without attorneys' fees or costs to either party.

Plaintiff,
Stephen Weintraub

By /s/ S. Dave Vatti
S. Dave Vatti
Federal Bar No. ct11957
Law Office of S. Dave Vatti, LLC
375 Bridgeport Ave., 3rd Floor
Shelton, CT 06484-3961
(203) 325-4491

Defendant,
Reassure America Life Insurance Company

By /s/ Mark K. Ostrowski
Mark K. Ostrowski
Federal Bar No. ct03378
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
(860) 251-5000