IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN WEINTRAUB<br>Plaintiff, | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 3:03CV204 (MRK) |
| REASSUREAMERICA LIFE<br>INSURANCE COMPANY<br>Defendant. | : <br> : <br> : <br> : JANUARY 7, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice and without attorneys' fees or costs to either party.

Plaintiff,
Stephen Weintraub

By _____
S. Dave Vatti
Federal Bar No. ct11957
Law Office of S. Dave Vatti, LLC
375 Bridgeport Ave., 3rd Floor
Shelton, CT 06484-3961
(203) 325-4491

Defendant,
Reassure America Life Insurance Company

By _____
Mark K. Ostrowski
Federal Bar No. ct03378
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
(860) 251-5000

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk